IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Walker D. Miller

Civil Action No. 05-cv-01616-WDM

JAMES SILBER,

     Plaintiff,

v.

HARTFORD LIFE AND ACCIDENT INSURANCE COMPANY,

     Defendant.

_____

## ORDER OF RECUSAL
_____

     Pursuant to 28 U.S.C. § 455, the undersigned recuses himself for service in the above captioned matter because a member of his family is a partner in Holland & Hart, attorneys for one or more of the parties, and directs that this case be returned to the Clerk for reassignment by random draw.

     DATED at Denver, Colorado, on September 19, 2005.

                  BY THE COURT:


                  /s/ Walker D. Miller
                  United States District Judge

PDF FINAL