IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Wiley Y. Daniel**

Civil Action No.  05-cv-01616-WYD-CBS

JAMES SILBER,

    Plaintiff(s),

v.

HARTFORD LIFE AND ACCIDENT INSURANCE COMPANY, d/b/a THE HARTFORD,

    Defendant(s).

---

**ORDER OF DISMISSAL**

---

THIS MATTER is before the Court on the parties' Joint Stipulation for Dismissal, filed March 13, 2006, in which the parties provide notice of their dismissal of this action with prejudice, each party to bear its own legal fees and costs.  Upon review of the Stipulation, I find that this action should be dismissed.  Therefore, it is hereby

ORDERED that this action is **DISMISSED WITH PREJUDICE**, each party to pay its own legal fees and costs.

Dated:  March 13, 2006

                                          BY THE COURT:

                                          s/ Wiley Y. Daniel
                                          Wiley Y. Daniel
                                          U. S. District Judge